# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 1977554 | D. Jeffrey | 1PL81 |

CVB Location Code: M40

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 02/06/2012  4:00p | 41 CFR 102-74.390 |

Place of Offense: Springfield SSA 70 Bond ST.

Offense Description: DISORDERLY CONDUCT   Springfield, MA

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| JILES | Michael | L |

Street Address: 30 GATEWOOD Rd.
City: Springfield  State: MA  Zip Code: 01119
Drivers License No: S30317160  D.L. State: MA  Social Security No: 034 56 0240
Date of Birth: 05/02/1977

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Eyes: BRN  Hair: BLK  Height: 5'10  Weight: 165

### VEHICLE DESCRIPTION
Tag No.: | State: | Year: | Make/Model: | Color: | VIN:

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 300 — Forfeiture Amount
+ $25 Processing Fee
$ 325. = Total Collateral Due

PAY THIS AMOUNT →

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: | Date (mm/dd/yyyy): | Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy
(Rev. 03/2000)

1977554

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 06 Feb, 2012 while exercising my duties as a law enforcement officer in the 1st District of MA

at approx 3:45PM, a black male later identified as JILES Michael (D.O.B. 05/02/77) entered the Springfield MA Social Security Administration (SSA) at 70 Bond St. located in Security Officer (SO) MURATORE Anthony called the Federal Protective Service (FPS) stated that JILES was acquiring loud and swearing at SSA employee Roger's about MURATORE asked JILES to leave. JILES refused and shouted "Fuck you nigger - loaded M..." JILES MURATORE and PSO WESTEN Daniel BO LASSIER MY MURATORE and JUSSIER (SO) LASSIER JILES was facing PSO MURATORE in an aggressive manner with clenched fist. JILES Willy shouting at approx 4:00pm FPS INSPECTOR JEFFREY then drew his FPS issued TASER and pointed it at JILES. JILES responded upon arrival INS JEFFREY observed JILES and PSO MURATORE at the SSA front entrance JILES became compliant upon seeing the TASER and FPS INS. JEFFREY

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/06/2012    Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: May 11, 2012    [signature]
Date (mm/dd/yyyy)    U.S. Magistrate Judge