## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

TO the Marshal for the District of Massachusetts, or any of his deputies, and to:

**HAMPDEN COUNTY CORRECTIONAL CENTER**
**627 Randall Road**
**Ludlow, MA 01056**

YOU ARE COMMANDED to have the body of **MICHAEL JILES (DOB 05/02/1977)** now in your custody, before the United States District Court for the District of Massachusetts, Western Section, Federal Building and Courthouse, Marshal's Office, 300 State Street, Springfield, MA, **July 18, 2012, at 11:00 a.m.** for the purpose of initial appearance in the case of United States v. Jiles Criminal Action No. **12-po-00601-KPN**. And you are to retain the body of said **MICHAEL JILES** before the Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said before said Court shall be necessary, and as soon as may be thereafter to return said before said Court shall be necessary, and as soon as may be thereafter to return said **MICHAEL JILES** to the institution from which (s)he was taken, under safe and secure conduct, to be there imprisoned as if (s)he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein. DATED at Springfield, Massachusetts, this seventeenth day of July, 2012.

Sarah A. Thornton, Clerk

By:   /s/ Bethaney A. Healy
      Deputy Clerk

I hereby certify that this writ has been satisfied with the named defendant being returned to the custody of _____ following his/her presentment in U.S. District Court, Springfield, Massachusetts.

**CERTIFICATION:**

**Dated:** _____